UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
STOICA, PETER G					Case No. 07-45109 WSD
STOICA, MARIA M					Chapter 7
STOICA, PETER G					HON. WALTER SHAPERO.DETROIT

			Debtor(s).			/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Elite Pour Walls, Inc<br>c/o Leslie, Stein, Seyburn, Kahn Ginn<br>2000 Town Center<br>Suite 1500<br>Southfield, MI 48075 | 11 | $787.67 |
| | **TOTAL** | **$787.67** |

Dated: July 22, 2010

/s/Timothy J. Miller
Timothy J. Miller, Trustee
64541 Van Dyke, Suite 101B
Washington Township, MI 48095
(586) 281-3764
tmiller@schneidermiller.com